UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE JAMES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SWISHER HYGIENE, INC., STEVEN R. BERRARD, and MICHAEL KIPP,<br><br>Defendants. | Case No. 1:12-cv-02406-DLC |
| CLARENCE ARSENAULT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SWISHER HYGIENE, INC., STEVEN R. BERRARD, and MICHAEL KIPP,<br><br>Defendants. | Case No. 1:12-cv-04028-UA |

## NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION BY AVRON FOGELMAN

PLEASE TAKE NOTICE that lead plaintiff movant Avron Fogelman ("Fogelman"), having reviewed the competing lead plaintiff motions, hereby withdraws his lead plaintiff motion, as Fogelman does not appear to have the largest financial interest. With the largest losses, the Caird Group is the presumptive lead plaintiff under the Private Securities Litigation Reform Act of 1995, and Fogelman supports the Caird Group for appointment as lead plaintiff. 15 U.S.C. § 78u-4(a)(3)(B)(iii). This notice shall have no effect on, and is without prejudice to Fogelman's status as a member of the

1

proposed class, including, but not limited to the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated:  June 12, 2012

**LEVI & KORSINSKY LLP**

 /s/ Nicholas I. Porritt_____
Nicholas I. Porritt
Thomas M. Gottschlich
1101 30th Street, NW
Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street
24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171